Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARDO GUERRERO,               ) Case No. EDCV 08-0175-R(RC)
                                )
            Petitioner,         )
vs.                             )
                                ) JUDGMENT
T. OCHOA (ACTING WARDEN),       )
                                )
            Respondent.         )
_____)

Pursuant to the Memorandum Decision and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: 2-12-08

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-0175.jud
2/12/08